**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-81113-CIV-CANNON**

**NELSON FERNANDEZ***,*

      Plaintiff,

v.

**THE CATO CORPORATION,**
d/b/a **VERSONA,**

      Defendant,

_____/

## <u>ORDER CLOSING CASE</u>

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on January 16, 2025 [ECF No. 27]. Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against Defendant, effective January 16, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 27].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of January 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record